LVNV Funding, LLC
c/o Resurgent Capital Services
PO Box 1269
Greenville, SC 29603

Dear LVNV Funding, LLC:

My name is Carmen Carver, I live at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ MO ▮▮▮▮ and the last four digits of my social security number are 2081. I found that you are credit reporting that I owe you $815 for a debt that was originally owed to Webbank Fingerhut. I dispute this debt. Do not contact me.

Thank you,

*[signature]*

EXHIBIT A

| From: | NoReply@MyFax.com |
|---|---|
| To: | James Crump |
| Subject: | Successful transmission to 18664671182. Re: Carver - LVNV |
| Date: | Wednesday, June 30, 2021 2:23:43 PM |



Your fax was successfully sent to 18664671182 by MyFax.

## Fax Details

Date: 2021-06-30 19:23:39 (GMT)
Number of Pages: 2
Length of Transmission: 40 seconds
Receiving Machine Fax ID: 513-707-3823

**Please note that moving forward, the domain used for sending a fax by email with MyFax has changed. You must now follow your recipient's fax number by @send.myfax.com instead of @myfax.com.**

If you have any questions, please visit our online help center.

Thank you for choosing MyFax.

Sincerely,
The MyFax Team

**Tip:** Switch to an annual plan and save! Call (866) 378-2373 or email support@myfax.com.

Home | Features | How it Works | Mobile App | Support

© 2021 J2 Global, Inc. or its affiliates (collectively, "J2"). All rights reserved.
MyFax is a registered trademark of J2.
700 S. Flower St., 15th Floor, Los Angeles, CA 90017

This account is subject to the terms listed in the MyFax Customer Agreement.

