| | | | |
|---|---|---|---|
| High Credit | $815 | Owner | INDIVIDUAL |
| Credit Limit | | Account Type | OTHER |
| Terms Frequency | UNKNOWN | Term Duration | 0 |
| Balance | $815 | Date Opened | Apr 29, 2020 |
| Amount Past Due | $815 | Date Reported | Jul 06, 2021 |
| Actual Payment Amount | | Date of Last Payment | |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 12 | Delinquency First Reported | Jul 01, 2020 |
| Activity Designator | | Creditor Classification | RETAIL |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Debt Buyer Account | Date Closed | |
| Date of First Delinquency | Oct 01, 2019 | | |

**Comments**

Collection account

**Contact**

LVNV FUNDING LLC
55 BEATTIE PLACE
GREENVILLE, SC 29601
1-866-464-1183


EXHIBIT B